No. 81–1966.   BELKNAP, INC. *v.* HALE ET AL.   Ct. App. Ky.   [Certiorari granted, 457 U. S. 1131.]   Motions of

American Federation of Labor and Congress of Industrial Organizations and Chamber of Commerce of the United States for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.